**92–1060.** Gilmore v. Klepfer. *Mahoning County,* No. 91 C.A. 00146.
HOLMES and H. BROWN, JJ., dissent.

**92–1077.** Sternberg v. Wacksman. *Hamilton County,* No. C–910153.
WRIGHT and H. BROWN, JJ., dissent.

**92–1103.** Slagle v. White Castle Sys., Inc. *Franklin County,* No. 91AP–889.
DOUGLAS, J., dissents.

**92–1106.** State v. Randle. *Hamilton County,* No. C–910662.

**92–1127.** Noth v. Wynn. *Hamilton County,* No. C–910433.

**92–1128.** Grote v. Landers. *Hamilton County,* No. C–910674.
DOUGLAS, J., dissents.

**92–1152.** Fugate v. Volck. *Montgomery County,* No. 12831.
HOLMES, J., dissents.

**92–1153.** Syler v. Signode Corp. *Tuscarawas County,* No. 91AP090071.
HOLMES, J., dissents.

**92–1154.** Beckworth v. Niemes. *Clermont County,* Nos. CA91–03–018 and CA91–03–020.
HOLMES, J., dissents.

**92–1158.** Giambrone v. Spalding & Evenflo Co., Inc. *Miami County,* No. 91–CA–7. On motion and cross-motion to certify the record. Motions overruled.
MOYER, C.J., and H. BROWN, J., dissent.

**92–1162.** Gupta v. Summit Cty. Auditor. *Summit County,* No. 15550.

**92–1163.** Indian Village Fed. S. & L. Assn. v. Wages. *Tuscarawas County,* No. 91AP100076.

**92–1170.** Yearling v. State Farm Ins. Co. *Franklin County,* No. 91AP–1094.
SWEENEY, DOUGLAS and RESNICK, JJ., dissent.

**92–1172.** Cowles v. Detamore. *Stark County,* No. CA–8671.
SWEENEY, DOUGLAS and RESNICK, JJ., dissent.

**92–1173.** Sciortino v. Ohio Bur. of Emp. Serv. *Ross County,* No. 1727.
HOLMES, J., dissents.

**92–1174.** White v. Rhodes. *Montgomery County,* No. CA 12877.
HOLMES, WRIGHT and H. BROWN, JJ., dissent.

**92–1175.** Zell v. Ohio Dept. of Commerce, Div. of Real Estate. *Cuyahoga County,* No. 60365.
MOYER, C.J., dissents.

**92–1178.** Tempo Holding Co. v. Oxford City Council. *Butler County,* No. CA91–08–135.

**92–1180.** Evans v. Evans. *Hamilton County,* No. C–910214.

**92–1189.** State v. Domers. *Wayne County,* No. 2703.

**92–1190.** Doe v. Sys. Parking, Inc. *Cuyahoga County,* No. 62603.
MOYER, C.J., dissents.
RESNICK, J., not participating.

**92–1193.** Terex Corp. v. Grim Welding Co. *Summit County,* No. 15300.

**92–1195.** Clark v. Simon. *Portage County,* No. 91–P–2362.

**92–1196.** Sherlin v. Palace Theatre. *Stark County,* No. CA–8476.

**92–1197.** Sherlin v. Palace Theatre. *Stark County,* No. CA–8725.

**92–1206.** Coup v. Coup. *Sandusky County,* No. S–91–29.
RESNICK, J., dissents.

**92–1209.** Grange Mut. Cas. Co. v. Altizer. *Knox County,* No. CA–9126.
HOLMES and WRIGHT, JJ., dissent.